**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

STEVEN PINDER
ADC #123397                                                                                          PLAINTIFF

v.                                                    2:22-cv-00138-JM-JJV

WELLPATH, LLC, *et al.*                                                                      DEFENDANTS

**RECOMMENDED DISPOSITION**

The following  Recommended Disposition ("Recommendation") has been sent to United

States District Judge James M. Moody Jr.  Any party may serve and file written objections to this

Recommendation.  Objections should be specific and include the factual or legal basis for the

objection.  If the objection is to a factual finding, specifically identify that finding and the evidence

that supports your objection.  Your objections must be received in the office of the United States

District Court Clerk no later than fourteen (14) days from the date of this Recommendation.

Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

**I.      DISCUSSION**

Steven Pinder is a prisoner in the Arkansas Division of Correction who has filed a *pro se*

Complaint seeking relief pursuant 42 U.S.C. § 1983.  (Doc. 1.)  On August 15, 2022, I entered an

Order directing him to pay the $402 filing fee in full or file an Application to Proceed *In Forma*

*Pauperis.*   (Doc. 3).  Plaintiff has recently filed a Motion saying he wants to withdraw his

Complaint and voluntarily dismiss this lawsuit.  (Doc. 9.)  I find good cause for granting that

Motion.  *See* Fed. R. Civ. P. 41(a)(1).

**II.    CONCLUSION**

IT IS, THEREFORE, RECOMMENDED that:

1.      Plaintiff's Motion for Withdraw (Doc. 9) be GRANTED, and this case be VOLUNTARILY DISMISSED without prejudice.

2.      The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and accompanying Judgment would be frivolous and not taken in good faith.

DATED this 30th day of August 2022.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE