IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

STEVEN PINDER,
ADC #123397                                                                                    PLAINTIFF

v.                                    2:22-cv-00138-JM-JJV

WELLPATH. LLC, *et al.*                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects. Specifically, the Court finds good cause to give the Plaintiff what he asked for.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Withdraw (Doc. 9) is GRANTED, and this case is VOLUNTARILY DISMISSED without prejudice.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 13th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE