# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

STEVEN PINDER,
ADC #123397                                                                                                  PLAINTIFF

v.                                              2:22-cv-00138-JM-JJV

WELLPATH, LLC, *et al.*                                                                          DEFENDANTS

## **JUDGMENT**

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 13th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE